# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 14-3057                                               September Term, 2015

1:13-cr-00200-RWR-14

Filed On: September 10, 2015

United States of America,

    Appellee

    v.

Jonathan Marshall,

    Appellant

    **BEFORE:** Griffith and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of the motion for remand, the opposition thereto, and the reply, it is

**ORDERED** that consideration of the motion for remand be deferred pending the district court's consideration of the motion to withdraw guilty plea. See Fed. R. App. P. 12.1(b) (court of appeals may remand if district court makes an indicative ruling). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court. The appellant is directed to notify the court promptly once the district court denies the motion to withdraw guilty plea or makes an indicative ruling. See Fed. R. App. P. 12.1(a).

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    **By:**    /s/
        Robert J. Cavello
        Deputy Clerk